60 F.3d 815
 In re Jersey Millwork Company; Joseph DiPasquale, Inc.,
Trustee For Jersey Millwork Company
v.
Estate of Joseph S. Lenkowsky, a/k/a Joseph Lenkowsky,
Estate of Ellen Lenkowsky, David Lenkowsky, Trustees and/or
Administrators of that Certain 401k plan and that Certain
Pension Plan Established For Benefit of Joseph S. Lenkowsky,
Miriam Cohen, Janet Simpson
 NO. 94-5658
 United States Court of Appeals,
Third Circuit.
 May 16, 1995
 
 Appeal From: D.N.J., No. 94-cv-01953,
 Sarokin, J.
 
 
 1
 AFFIRMED.